UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMAS AFEWORKI, Petitioner(s), v. KAREN ARNOLD, Respondent(s). | CASE NO. C26-1442-KKE<br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed *de novo* the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. No. 5), Petitioner's objections to the Report and Recommendation (Dkt. No. 6), and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner is no longer "in custody" with respect to the judgment and sentence entered in 2003 in King County Superior Court Case No. 03-1-04466-7-SEA; and

(3) The Court interprets the petition as a challenge to petitioner's current judgment and sentence in King County Superior Court Case No. 10-1-09267-SEA, *see Maleng v. Cook*, 490 U.S. 588,493–94 (1989); *Brock v. Weston*, 31 F.3d 887, 890 (9th Cir. 1994); and

(4) The Court construes the petition as a motion to amend the first-in-time petition challenging the current judgment and sentence, see *Goodrum*, 824 F.3d 1188, 1194–95 (9th Cir. 2016); *Woods v. Carey*, 525 F.3d 886, 890 (9th Cir. 2008); and

(5) The Court requests the Clerk of Court to transfer this matter to the Honorable Lauren J. King for the Court to consider the motion to amend as part of the proceedings in Case No. 2:20-cv-00132-LK-BAT; and

(6) The motion to proceed IFP (Dkt. 1) and proposed motion to appoint counsel (Dkt. 4) are denied as moot.

(7) A certificate of appealability is DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 2nd day of October, 2026.

Kymberly K Evanson

Kymberly K. Evanson
United States District Judge